**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

DOLORES M SHARPLES

Case No.:  18-18195RG

HEARING DATE:  06/20/2018

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The plan does not appear to be feasible pursuant to 11 U.S.C. Section 1325(a)(6), as the debtor will be unable to make payments under the plan and to comply with the plan.
- A review of Schedules I+J show no surplus available to fund the debtor's plan.
- Debtor has failed to provide proof of insurance.

    Specifically,

- Debtor has failed to provide proof of income.

    The debtor has failed to supply proof of Social Security Income.  The debtor must provide the Trustee with a current Social Security statement or a recent bank statement showing the direct deposit of the same.

    The debtor has failed to provide proof of contribution income.  The debtor must submit a certification from the contributor indicating their relation to the debtor and the amount contributed to the debtor's household.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  May 23, 2018

By:   /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee